*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, GANNON, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nathan B. BABAUTA**
Aviation Machinst's Mate Senior Chief Petty Officer (E-8)
United States Navy

*Appellant*

**No. 202400480**

_____

Decided: 30 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Philip J. Hamon

Sentence adjudged 5 September 2024 by a special court-martial tried at Naval Base San Diego, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to pay grade E-6.

For Appellant:
*Captain Kyle W. Rodewald, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.